Jason Theodore Soller (SBN 306137)
**OPEN ACCESS LAW, APC**
5815 W. Sunset Blvd., Ste. 206
Los Angeles, CA 90028
cm@oaxlaw.com
Phone: (213) 401-4114

*Attorneys for Plaintiff, DAWN STEVENS*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAWN STEVENS**, | **Case No.: 2:25-cv-11908-WLH (MAAx)** |
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE CASE** |
| vs. | |
| **FOUNTAIN MARKET, INC; AMAN KADKHODAZADEH, AS TRUSTEE OF THE KADKHODAZADEH-JAVAHERI REVOCABLE FAMILY TRUST**; and DOES 1 to 10, | |
| Defendants. | |

Notice is hereby given that Plaintiff DAWN STEVENS ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: April 27, 2026          **OPEN ACCESS LAW, APC**


            */s/ Jason Theodore Soller*

Jason Theodore Soller, Esq.
Attorney for Plaintiff

-2-

NOTICE OF SETTLEMENT OF ENTIRE CASE